# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Renee F Murphy | ) | Chapter 13 |
| | ) | Case No. 17 B 14337 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Renee F Murphy  
P O Box 53609  
Chicago, IL 60653

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On May 20, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 719  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, May 8, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On May 08, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on August 14, 2017, for a term of 36 months with payments of $275.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 24 | $6,600.00 | $5,500.00 | $1,100.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 05/07/2019  
Due Each Month: $275.00  
Next Pymt Due: 05/07/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/09/2017 | 4349266000 | $275.00 | 12/06/2017 | 4500851000 | $275.00 |
| 01/15/2018 | 4594199000 | $275.00 | 02/27/2018 | 4703564000 | $275.00 |
| 03/26/2018 | 4777571000 | $275.00 | 05/04/2018 | 4891108000 | $275.00 |
| 06/12/2018 | 4987213000 | $275.00 | 08/02/2018 | 5122745000 | $275.00 |
| 09/24/2018 | 5253064000 | $275.00 | 11/02/2018 | 268767 | $500.00 |
| 12/06/2018 | 273695 | $500.00 | 01/22/2019 | 284695 | $1,200.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE